department, entered March 31, 1927, which affirmed an order of Special Term vacating a temporary injunction restraining the defendants from holding a special election pursuant to a resolution of the council of the city of Buffalo, submitting to the electors the following question: " Shall the action of the council, taken December 29, 1926, in adopting item No. 57, authorizing the expenditure of two million one hundred sixty-nine thousand two hundred and sixteen ($2,169,216.00) dollars by the board of managers of the Buffalo City Hospital for additions to and alterations of existing buildings, be approved? "

The following question was certified: " Does section 31 of the charter of the city of Buffalo, upon the filing of the requisite petition and the refusal of the council to rescind, require the submission to the electors of the resolution which is item 57, page 3036 of the council proceedings of the city of Buffalo of December 29, 1926, set forth in the complaint herein? "

*Louis E. Desbecker* and *William S. Rann* for appellant.

*Frederick C. Rupp, Corporation Counsel (Andrew P. Ronan* of counsel), for respondents.

*Henry W. Killein, James O. Moore* and *Charles R. Sweeney* for Edward E. Haley et al., intervenors.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

CARL JOHNDAHL, Appellant, *v.* CITY OF BUFFALO et al., Respondents.

*Municipal corporations — Buffalo (city of) — temporary injunction restraining holding of special election vacated — qualifications of signers of protest against resolution of city council.*

*Johndahl v. City of Buffalo,* 220 App. Div. 746, affirmed.

(Argued April 5, 1927; decided April 7, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial

department, entered April 1, 1927, which affirmed an order of Special Term vacating a temporary injunction restraining the defendants from holding a special election pursuant to a resolution of the council of the city of Buffalo submitting to the electors the following question: " Shall the action of the council, taken December 29, 1926, in adopting item No. 57, authorizing the expenditure of two million one hundred sixty-nine thousand two hundred and sixteen ($2,169,216.00) dollars by the board of managers of the Buffalo City Hospital for additions to and alterations of existing buildings, be approved? "

The following question was certified: " Under section 31 of the charter of the city of Buffalo, must the electors who have signed the petition in question here, protesting against the enactment of a resolution of the council of the city of Buffalo, and requesting its repeal, be registered or enrolled electors of the city of Buffalo in order that their signatures may be counted? "

*Walter C. Newcomb* for appellant.

*Frederick C. Rupp, Corporation Counsel (Andrew P. Ronan* of counsel), for respondents.

Order affirmed, with costs; question certified answered in the negative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARIE HELENE FLUEGEL, as Administratrix of the Estate of ERNEST J. FLUEGEL, Deceased, Appellant, *v.* FREDERICK R. COUDERT, Respondent, Impleaded with Another.

(Submitted April 4, 1927; decided April 7, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 393.)